UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL KONRAD ISCH,
    Plaintiff,

No. 1:09-cv-415

-v-

HONORABLE PAUL L. MALONEY

MEIJER, INC.,
    Defendant.

## JUDGMENT

Defendant Meijer Inc.'s motion for summary judgment has been granted and Plaintiff has been compelled to arbitrate his claims. All claims raised in the complaint are subject to the arbitration clause and therefore there is no need to stay the action. Pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff Isch.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 3, 2009                  /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge